**Kyle G. BROCK; Diana L. Brock,**
**Plaintiffs–Appellants**

v.

**BANK OF AMERICA, N.A.; Federal National Mortgage Association; Mortgage Executives of Austin, Limited, Defendants–Appellees.**

No. 13–50740
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 12, 2014.

Jeffrey S. Kelly, Kelly Legal Group, P.L.L.C., Austin, TX, for Plaintiffs–Appellants.

Richard Dwayne Danner, Litigation Counsel, Nathan Templeton Anderson, At-

torney, McGlinchey Stafford, P.L.L.C., Dallas, TX, Matthew A. Knox, John L. Verner, McGlinchey Stafford, P.L.L.C., Houston, TX, for Defendants–Appellees.

Before WIENER, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

AFFIRMED. See Rule 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.